Dennise S. Henderson SBN: 208640
**LAW OFFICE OF DENNISE HENDERSON**
1903 Twenty First Street
Sacramento, CA. 95811
TELEPHONE: (916)456-2027
FACSIMILE: (916)456-2035
dshendersonlaw@yahoo.com

Attorney for Calvin Mountjoy

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| CALVIN MOUNTJOY, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; SETERUS, INC; FEDERAL NATIONAL MORTGAGE ASSOCIATION <br><br> Defendant | **Case No.: 2:15-cv-02204-TLN-DB** <br><br> **ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

IT IS SO ORDERED that the above-entitled Joint Stipulation is GRANTED. PLAINTIFFS shall file a Third Amended Complaint by March 25, 2018. Defendants to file an answer or motion to dismiss within 21 days from plaintiffs filing of their Third Amended complaint.

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge