UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MOUNTJOY, | No. 2:15-cv-2204 TLN DB |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA N.A., SETERUS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, and RECONTRUST, | |
| Defendants. | |

On March 1, 2021, defendant Seterus, Inc., noticed a motion to compel for hearing before the undersigned on March 19, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 75.) Defendant's motion is brought pursuant to Local Rule 251(e). (ECF No. 72 at 2.) Pursuant to Local Rule 251(e), plaintiff was to "file a response thereto not later than seven (7) days before the" March 19, 2021 hearing. Plaintiff, however, has not filed a timely response.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 19, 2021 hearing of defendant's motion to compel (ECF No. 72) is continued to **April 16, 2021**;

2. Within fourteen days of the date of this order plaintiff shall show good cause in writing for plaintiff's conduct;

1

3. On or before **April 2, 2021**, plaintiff shall file a response to defendant's motion;

4. Defendant may file a reply to plaintiff's response on or before **April 9, 2021**; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in an order imposing an appropriate sanction.  <u>See</u> Local Rules 110 and 183.

DATED: March 16, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE