UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MOUNTJOY,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A., SETERUS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, and RECONTRUST,<br><br>        Defendants. | No.  2:15-cv-2204 TLN DB<br><br><br>ORDER |

On March 1, 2021, defendant Seterus, Inc., noticed a motion to compel for hearing before the undersigned on March 19, 2021, pursuant to Local Rule 302(c)(1).  (ECF No. 75.) Defendant's motion seeks an order compelling responses as well as $2,140 in attorney's fees and costs.  (ECF No. 72 at 2.)  Pursuant to Local Rule 251(e), plaintiff was to "file a response thereto not later than seven (7) days before the" March 19, 2021 hearing.  Plaintiff, however, failed to file a response.

Accordingly, on March 16, 2021, the undersigned issued plaintiff an order to show cause. (ECF No. 76.)  That order continued the hearing of defendant's motion to compel to April 16, 2021, ordered plaintiff to show good cause in writing within fourteen days, and provided plaintiff a second opportunity to file a response to defendant's motion to compel by April 2, 2021.  (ECF

1

No. 76 at 1-2.)  The order cautioned plaintiff that the failure to comply with that order could result in sanctions.  (Id. at 2.)  Nonetheless, plaintiff has not responded to the March 16, 2021 order in any manner.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 16, 2021 hearing of defendant's motion to compel (ECF No. 72) is vacated;

2. Defendant's motion to compel filed on February 25, 2021 (ECF No. 72) is granted;

3. Plaintiff shall produce to defendant responsive documents within twenty-one days of the date of this order; and

4. On or before **May 7, 2021**, plaintiff's counsel shall pay defendant $2,140.[1]

Dated:  April 13, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mountjoy2204.mtc.grnt

---

[1] This sanction shall be paid entirely by plaintiff's counsel and may not be passed on to the plaintiff.

2