Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
Michael W. Stoltzman Jr., Bar No. 263423
mstoltzman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
2603 Main Street, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Seterus, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| CALVIN MOUNTJOY, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA NA; SETERUS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION; RECONTRUST, , and DOES 1-20, <br><br> Defendants. | CASE NO.:  2:15-CV-02204-TLN-DAD <br> Date Action Filed:   11/20/2015 <br><br> **STIPULATION TO EXTEND DISCOVERY CUTOFF DEADLINE; ORDER THEREON** <br><br> Trial Date:    None set. |

1

**PLEASE TAKE NOTICE** that the parties, by and through their counsel of record, hereby stipulate as follows:

## RECITALS

**WHEREAS,** the discovery cut-off deadline is currently scheduled for December 10, 2021.

**WHEREAS,** due to a variety of scheduling and logistical issues, and due to the parties' extensive efforts to meet and confer re: a variety of discovery-related disputes and issues, the parties have not been able to complete all discovery.

**WHEREAS,** the parties are in agreement regarding the need to extend the currently-scheduled discovery cut-off deadline.

## STIPULATION

In light of the above, the parties stipulate as follows:

**IT IS HEREBY STIPULATED** that the discovery cut-off deadline is hereby continued from December 10, 2021, to March 15, 2022.

**IT IS SO STIPULATED.**

DATED: December 7, 2021                THE RYAN FIRM
                                       A Professional Corporation


By:   /s/ Michael W. Stoltzman Jr.
      TIMOTHY M. RYAN
      MICHAEL W. STOLTZMAN JR.
      Attorneys for Defendant Seterus, Inc.

DATED: December 7, 2021                LAW OFFICES OF DENNISE HENDERSON


By:   /s/ Dennise Henderson
      DENNISE HENDERSON
      Attorneys for Plaintiff Calvin Mountjoy

## ORDER

The Court, having reviewed the stipulation of the parties hereto, by and through their counsel of record, and good cause appearing therefore, orders as follows:

**IT IS HEREBY ORDERED** that the discovery cut-off deadline is hereby continued from December 10, 2021, to March 15, 2022.

**IT IS SO ORDERED.**

DATED: December 8, 2021

_____
Troy L. Nunley
United States District Judge