UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MOUNTJOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA N.A., SETERUS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, and RECONTRUST,<br><br>　　　　Defendants. | No.  2:15-cv-2204 DAD DB<br><br><br>ORDER |

On March 14, 2023, defendant Seterus, Inc., filed a proposed judgment for sanctions award seeking "judgment . . . in favor of defendant . . . and against Plaintiff's counsel[.]" (ECF No. 108) at 2.)  The document was not filed in connection with a noticed motion, nor does it contain sufficient legal authority or explanation as to why a "judgment" should be entered against plaintiff's counsel, who is not a party to this action.  On March 22, 2023, the assigned District Judge referred the matter to the undersigned.  (ECF No. 109.)

////

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that defendant's March 14, 2023,
2 proposed order (ECF No. 108) is denied without prejudice to renewal to filing as part of a
3 motion that complies with the Federal Rules of Civil Procedure and the Local Rules.
4 Dated:  March 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mountjoy2204.prop.den.ord