# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CALVIN MOUNTJOY,**

v.

CASE NO: **2:15–CV–02204–DJC–DB**

**SETERUS, INC., ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/9/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **February 9, 2024**

by: /s/ G. Michel
Deputy Clerk